OPINION — AG — **** COUNTY ASSESSOR DETERMINATION OF ASSESSED VALUE OF PROPERTY **** THE COUNTY ASSESSOR IS NOT LAWFULLY REQUIRED TO USE ANY PARTICULAR INFORMATION, FACTS OR FIGURES AS A BASIS FOR DETERMINING THE ASSESSED VALUE OF REAL PROPERTY AND TANGIBLE PERSONAL PROPERTY. CITE: 68 O.S. 1971 2427 [68-2427], ARTICLE X, SECTION 8, 68 O.S. 1971 2481.6 [68-2481.6], OPINION NO. 68-141, 68 O.S. 1971 2435 [68-2435] (YVONNE SPARGER) ** SEE: OPINION NO. 88-014 (1988)